UNITED STATES of America,
Plaintiff—Appellee,

v.

Marcus BRIDGES, Defendant—
Appellant.

No. 01–50138.

United States Court of Appeals,
Ninth Circuit.

Submitted March 10, 2003.*

Decided May 21, 2003.

Before: CANBY, O'SCANNLAIN and
T.G. NELSON, Circuit Judges.

MEMORANDUM **

Marcus Bridges appeals his guilty-plea conviction and 84–month sentence for use of a communication facility to facilitate a drug trafficking offense in violation of 21 U.S.C. § 843(b), and failure to report a felony in violation of 18 U.S.C. § 4. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Bridges' counsel has filed a brief stating that he finds no meritorious issues for review, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the briefs and our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no arguable issues for review on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED** and, in light of the appeal waiver, the appeal is **DISMISSED**.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

